# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | | |
|---|---|---|
| TABITHA REGINA CAIN | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 2:21-cv-00039-JJV |
| | * | |
| KILOLO KIJAKAZI, | * | |
| Acting Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 16th day of December 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE